**PERRYMAN**

v.

**STATE.**

No. 0644-85.

Court of Criminal Appeals of Texas, En Banc.

March 7, 1990.

Appeal from County Criminal Court of Law, No. 1, Harris County; Bill Ragan, Judge.

Prior report: Tex.App., 687 S.W.2d 371.

On appellant's petition for discretionary review: judgment of the Court of Appeals affirmed.

TEAGUE, J., dissents.

MILLER, J., not participating.